2/24/25

|  |  |  |
|---|---|---|
| **In re** | ) | |
| Sandra Duran Huerta | ) | |
| XXX-XX-2433 | ) | **Bankruptcy Case No.**  24-25292-A-7 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Debtor(s).** | ) | |

## ORDER VACATING ORDER CLOSING CASE WHERE CASE HAS BEEN DISMISSED AND REOPENING BANKRUPTCY CASE

On 11/21/2024 , the above-entitled debtor (s) filed a petition for relief under Chapter of the Bankruptcy Code.

On 12/27/2024 , the above-entitled case was closed.

**IT IS ORDERED** that the *Order Closing Case Where Case Has Been Dismissed* dated 12/27/2024 , be vacated and the above-entitled bankruptcy case be reopened.

**DATED:**  02/24/25

**FOR THE COURT**

**WAYNE BLACKWELDER, CLERK**

**By:** *Sharon Vieira*

**Deputy Clerk, U.S. Bankruptcy Court**

Modesto Division, (209) 521-5160

**Mailing Address:**

United States Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814