**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Sandra Duran Huerta,<br>        Debtor. | ) Case No. 24-25292 – A – 7<br>) Docket Control No. FEC-1<br>) Document No. 18<br>) Date: 03/24/2025<br>) Time: 10:30 AM<br>) Dept: A |

**Order**

IT IS ORDERED that the hearing on the Order to Show Cause is concluded.

IT IS FURTHER ORDERED that the respondent, Patrick Riazi, Esq., shall file an amended Disclosure of Compensation to accurately reflect the amount of compensation received.  The Disclosure of Compensation filed (ECF No. 1) indicates that Mr. Riazi received $0.00, while the Declaration in response to the Order to Show Cause (ECF No. 28) states that he received $500.

IT IS ALSO ORDERED that the Clerk, U.S. Bankruptcy Court shall dismiss the case (if it hasn't already been dismissed) and to close this case at the earliest opportunity.

Dated: April 01, 2025

Fredrick E. Clement
United States Bankruptcy Judge

[18] - Order to Appear Re: [18] Order to Show Cause [FEC-1] (mpem) [18] - Order to Show Cause [FEC-1] ; This order is Transmitted to BNC for Service. Show Cause hearing to be held on 3/24/2025 at 10:30 AM at Sacramento Courtroom 28, Department A (mpem)